ing "Findings on Deadly Weapon, Bias or Prejudice, and/or Family Violence":

THE COURT FINDS THAT DEFENDANT HEREIN USED OR EXHIBITED A DEADLY WEAPON DURING THE COMMISSION OF SAID OFFENSE, TO WIT: A FIREARM.

### CONCLUSION

We conclude the trial court did not abuse its discretion when it denied Smith's motion to suppress the evidence. We further conclude the evidence is sufficient to support the finding that Smith used a deadly weapon during the commission of the offenses and the conviction for unlawful possession of a firearm. Because of our disposition of Smith's first issue, we do not reach his claim of ineffective assistance of counsel. We modify the judgments in case numbers 05–04–01423–CR and 05–04–01426–CR to reflect the trial court's affirmative finding of use of a deadly weapon. As modified, we affirm the judgments of the trial court. We affirm the trial court's judgments in case numbers 05–04–01424–CR and 05–04–01425–CR.

Steve Hershberger, Midland, for Appellant.

Bart Edward Medley, Fort Davis, for Appellee.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### OPINION

RICHARD BARAJAS, Chief Justice.

On September 23, 2005, this Court provided notice that it appeared from the record that the notice of appeal was not timely perfected and, therefore, this Court lacks jurisdiction over this appeal. It also gave notice, pursuant to TEX.R.APP. P. 42.3, of the Court's intent to dismiss for want of jurisdiction. The notice provided that Appellant must show grounds for continuing the appeal within ten days from the date of the notice. Not having received a response from Appellant, this Court, pursuant to Tex.R.App. P. 42.3, and on its own motion, hereby dismisses this appeal for lack of jurisdiction.

We therefore dismiss this appeal.

■

**In the Interest of B.H. and E.H., Minor Children.**

**No. 08–05–00314–CV.**

Court of Appeals of Texas, El Paso.

Oct. 27, 2005.

■

**KAUFMAN COUNTY and The Kaufman County Commissioners Court, Appellants/Cross–Appellees**

v.

**Terry CROW d/b/a Terry Crow Sand and Gravel, Appellee/Cross–Appellant.**

**No. 05–04–01844–CV.**

Court of Appeals of Texas, Dallas.

Nov. 28, 2005.